UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. GLENN R. UNGER*

CASE NO.:   12-CR-579

DATE:   October 16, 2013

PRESIDING JUDGE:   Thomas J. McAvoy

☐ PLAINTIFF        ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | IRS-FRP Master File Log |
| 1A | | | | IRS Form 3175 |
| 1B | | | | IRS Form 3176 |
| 2 | | | | 2004 Tax Return (1040) Filed on 12/28/07 ($238,406.47) |
| 3 | | | | 2007 Tax Return (1040NR) Filed on 12/31/07 ($200,000) |
| 4 | | | | 2005 Tax Return (1040) Filed on 1/2/08 ($112,546.53) |
| 5 | | | | 2006 Tax Return (1040) Filed on 1/7/08 ($2,729.58) |
| 6 | | | | 2006 Tax Return (1040) Filed on 2/25/08 ($65,121.20) |
| 6A | | | | Letter from Unger to IRS-FRP dated 3/25/08 |
| 7 | | | | 2007 Tax Return (1040) Filed on 3/21/08 ($35,000,150.00) |
| 8 | | | | 2007 Tax Return (1040) Filed on 3/21/08 ($266,847.92) |
| 9 | | | | 2008 Tax Return (1040) Filed on 7/8/08 ($285,973.90) |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. GLENN R. UNGER*

CASE NO.: 12-CR-579

DATE: October 16, 2013

PRESIDING JUDGE: Thomas J. McAvoy

☐ PLAINTIFF   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 10 | | | | 2004 Tax Return (843) Filed on 4/20/11 ($5,936.16) |
| 11 | | | | 2005 Tax Return (843) Filed on 4/20/11 ($5,761.59) |
| 12 | | | | 2006 Tax Return (843) Filed on 4/20/11 ($17,235.28) |
| 13 | | | | 2007 Tax Return (843) Filed on 4/20/11 ($17,153.08) |
| 14 | | | | 2008 Tax Return (843) Filed on 4/20/11 ($5,584.50) |
| 15 | | | | 2010 Tax Return (709) Filed on 4/20/11 ($90,096.11) |
| 16 | | | | IRS Tax Lien Filed in Saratoga County on 8/4/09 |
| 17 | | | | 2005 Wage and Income Transcript |
| 18 | | | | 2005 IRS Certificate of Assessment for Income Tax Return |
| 19 | | | | 2006 Wage and Income Transcript |
| 20 | | | | 2006 IRS Certificate of Assessment for Income Tax Return |
| 21 | | | | 2004 IRS Certificate of Civil Penalty |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

## *UNITED STATES OF AMERICA v. GLENN R. UNGER*

CASE NO.: 12-CR-579

DATE: October 16, 2013

PRESIDING JUDGE: Thomas J. McAvoy

☐ PLAINTIFF    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 22 | | | | 2005 IRS Certificate of Civil Penalty |
| 23 | | | | 2006 IRS Certificate of Civil Penalty |
| 24 | | | | 2007 IRS Certificate of Civil Penalty |
| 25 | | | | 2008 IRS Certificate of Civil Penalty |
| 26 | | | | 2010 IRS Certificate of Civil Penalty |
| 27 | | | | 2004 IRS Certificate of Assessment for Income Tax Return |
| 28 | | | | 2007 IRS Certificate of Assessment for Income Tax Return |
| 29 | | | | 2008 IRS Certificate of Assessment for Income Tax Return |
| 30 | | | | 2009 IRS Certificate of Assessment for Income Tax Return |
| 31 | | | | 2010 IRS Certificate of Assessment for Income Tax Return |
| 32 | | | | Saratoga County Filing by Keith Eaton on Behalf of Glenn R. Unger to Release IRS Tax Lien |
| 32A | | | | Letter From Hugh Burke to Eaton Dated 8/2/11 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. GLENN R. UNGER*

CASE NO.: 12-CR-579
DATE: October 16, 2013
PRESIDING JUDGE: Thomas J. McAvoy

☐ PLAINTIFF    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 32B | | | | Letter From Eaton to Hugh Burke Dated 8/18/11 |
| 32C | | | | Letter From Hugh Burke to Eaton Dated 9/12/11 |
| 33 | | | | Contract Between Dr. O'Donnell And Unger |
| 33A | | | | 12/2/07 Email from Dr. O'Donnell to Kevin Mahoney |
| 33B | | | | Letter Containing $200,000 Promissory Note as Payment |
| 33C | | | | 1/7/08 Email from Dr. O'Donnell to Mahoney (Unable to Deposit the Promissory Note) |
| 33D | | | | 6/7/08 Letter to Dr. O'Donnell Regarding Tax Reporting to IRS |
| 34 | | | | Albany County Filing of the Promissory Note by Unger on 1/18/08 |
| 35 | | | | Blank IRS 1099 OID Form Seized from the Defendant's Residence |
| 36 | | | | Correspondence Between Keith Eaton and the Saratoga County Clerk's Office Regarding the Release of the IRS Tax Lien Seized from the Defendant's Residence |
| 37 | | | | IRS Letter(s) to Unger Notifying Him of Frivolous Filing Penalties Seized from the Defendant's Residence |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. GLENN R. UNGER*

CASE NO.: 12-CR-579

DATE: October 16, 2013

PRESIDING JUDGE: Thomas J. McAvoy

☐ PLAINTIFF   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 38 | | | | Saratoga County Release of Lien Documents Seized from the Defendant's Residence |
| 39 | | | | Diamond Financial Documents and 1099 Forms Seized from the Defendant's Residence |
| 40 | | | | Count 1 Chart |
| 41 | | | | Counts 2-5 Chart |
| 42 | | | | Letter from Holly Nicholson dated July 20, 2009 |
| 43 | | | | Letter from Holly Nicholson dated October 6, 2009 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. GLENN R. UNGER*

CASE NO.:  12-CR-579

DATE:  October 16, 2013

PRESIDING JUDGE:  Thomas J. McAvoy

☐  PLAINTIFF        ☐  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |